**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:        In the Interest of C. E. P., III, A Child

Appellate case number:    01-19-00120-CV

Trial court case number:    2017-03697

Trial court:                308th District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case") for both the mother and the father of the child, C.E.P., III. On April 2, 2019, appointed counsel for the mother, M.T.S., filed her appellant's brief. On April 5, 2019, Michellé Placzek, appointed counsel for the father, C.E.P., filed an unopposed motion for an extension of time to file appellant C.E.P.'s brief, which was due on April 3, 2019.

Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West 2017). Here, the first notice of appeal was timely filed on February 19, 2019, in the trial court from the January 31, 2019 final decree for termination by appointed counsel for the mother, M.T.S., setting the 180-day compliance deadline for August 16, 2019. *See* TEX. R. APP. P. 26.1(b). Although this is appellant C.E.P.'s first motion and it is unopposed, the accelerated schedule in termination cases requires greater compliance with briefing deadlines and greater scrutiny of extensions.

Appellant C.E.P.'s counsel contends that an extension is needed because she has requested that the district clerk correct and supplement the clerk's record in this matter as the "record submitted includes documents under a separate cause number and excludes documents specifically requested." Thus, counsel requests a 7-day extension to file C.E.P.'s brief after the district clerk files the supplemental clerk's record.

Accordingly, appellant C.E.P.'s motion for an extension of time is **GRANTED, in part, for 10 days from the date of this Order**. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.
Judge's signature: __/s/ Laura C. Higley_____
                    x Acting individually    ☐ Acting for the Court
Date: __April 9, 2019